NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7022

CHARLES L. DAVIS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in case no. 08-2742, Judge Alan G. Lance, Sr.

ON MOTION

O R D E R

Charles L. Davis moves for an extension of time to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Davis's opening brief is due within 60 days of the date of filing of this order.

FOR THE COURT

JAN 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Charles L. Davis (informal brief form and entry of appearance form enclosed)
Jordan S. Cunningham, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK